1

JONATHAN SHUB (SBN 237708)
SHELLER, LUDWIG & BADEY
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Tel: (215) 790-7300
Fax: (215) 546-0942

IRA P. ROTHKEN (SBN 160029)
ROTHKEN LAW FIRM
1050 Northgate Drive
Suite 520
San Rafael, CA 94903
Tele: (415) 924-4250
Facsimile: (415) 924-2905

RALPH M. STONE (pro hac vice)
SHALOV STONE & BONNER LLP
485 Seventh Ave
New York, NY 10018
Tele: (212) 239-4240
Fascimile: (212) 239-4310

STAN MALLISON (SBN 184191)
LAW OFFICES OF MALLISON &
MARTINEZ
1004 Brown Ave
Lafayette, CA 94549
Tele: (925) 283-3842
Facsimile: (925) 283-3426

*Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

*E-FILED - 1/25/06*

In re: PALM TREO 600 and 650
LITIGATION

This Document Relates To:

   All Actions

)
)
)
)
)
)
)
)
)
)

PRETRIAL ORDER NO. 1
**Master File No.** C-05-03774-RMW

**MASTER FILE NO.**  C-05-03774-RMW

**PRETRIAL ORDER NO. 1**

### ORDER

The parties to this consolidated proceeding have conferred and submit this stipulated case management proposal including the organization of plaintiffs' counsel.  This Order shall govern the pre-trial proceedings and trial of these consolidated actions and all subsequent related actions, which are added-on, transferred or otherwise consolidated as part of this consolidated proceeding.

**I.      CONSOLIDATION OF RELATED ACTIONS**

1.      These actions and any actions filed in or transferred in or transferred to this District which arise from facts similar to those in the present action are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  This consolidation is for all pretrial proceedings and trial, and applies to all of the following cases:

        a.      *Gans v. PALMONE*, Civil Action No. 05-cv-03774-RMW, filed in the Northern District of California;

        b.      *Berliner v. Palm, Inc*, Civil Action No. 05-cv-03854-RMW, filed in the Northern District of California;

        c.      *Geisen v. Palm, Inc.*, *aka PALMONE, INC.*, Civil Action No. 05-cv-04120-RMW, filed in the Northern District of California; and

        d.      *Moya v. Palm, Inc.,* Civil Action No. 05-cv-03926-RMW, filed in the Northern District of California;

        e.      *Loew v. Palm, Inc. aka PALMONE, INC.*, Civil Action No. 05-cv-03980-RMW, filed in the Northern District of California;

        f.      *Palza v. Palm, Inc.*, Civil Action No. 05-CV-04408-RMW, removed to the Northern District of California.

2.      The clerk shall establish and maintain a Master Docket and Master File for this

1

1   proceeding under the caption "*In re Palm Treo 600 and 650 Litigation*," Master File No.

2   C-05-03774 All orders, pleadings, motions and other documents, when filed and docketed in the

3   Master File, will be deemed filed and docketed in each individual case.

4         3.    Henceforth, every pleading or other such document in this consolidated

5   proceeding, which ordinarily contains a pleading caption, shall bear the following caption:

6

7   **UNITED STATES DISTRICT COURT**

8   **NORTHERN DISTRICT OF CALIFORNIA**

9   **(SAN JOSE DIVISION)**

10  In re: PALM TREO 600 and 650    )  **MASTER FILE NO.** C-05-03774-RMW
    LITIGATION    )

11      )  **PRETRIAL ORDER NO. 1**

12      )

13  This Document Relates To:    )

14      All Actions    )

15

16        4.    When a pleading or other captioned document is intended to be applicable to all

17  actions which are part of these proceedings, the words "All Actions" shall appear immediately

18  after the words "This Document Relates To:" in the caption set forth above.  When a pleading or

19  other captioned document is intended to be applicable only to some, but not all, of such actions,

20  the last name of the first-named plaintiff in said action and that case's individual action number

21  shall appear immediately after the words "This Document Relates To:" in the caption set forth

22  above.

23  **II.**    **ORGANIZATION OF PLAINTIFFS' COUNSEL**

24        5.    The organizational structure of plaintiffs' counsel established by this Order shall

25  bind plaintiffs' counsel in the Consolidated Actions, including any action subsequently governed

26  by this Order.

27  <center>2</center>

28  **PRETRIAL ORDER NO. 1**
    **Master File No.** C-05-03774-RMW

1      6.     The Court appoints the following individuals to act on behalf of plaintiffs in the

2    Consolidated Actions, including any plaintiffs subsequently governed by this Order, with the

3    responsibilities hereinafter prescribed.

4          a.    As Co-Lead Counsel:

5            (1)    Jonathan Shub of Sheller, Ludwig & Badey,

6                   P.C.;

7            (2)    Ira Rothken of the Rothken Law Firm;

8            (3)    Ralph Stone of Shalov Stone & Bonner,

9                   LLP; and

10          (4)    Stan Mallison of Mallison & Martinez.

11        b.    As members of the Executive Committee:

12          (1)    Mark Tamblyn of Kershaw Cutter &

13                  Ratinoff LLP;

14          (2)    Michael Goldberg of Glancy, Binkow &

15                  Goldberg;

16          (3)    Seth Lesser of the Locks Law Firm;

17          (4)    Paul Weiss of Freed & Weiss LLP:;

18          (5)    Brad Lakin of the Lakin Law Firm;

19          (6)    Robert Green of Green Welling LLP.

20          (7)    Ronen Sarraf of Sarraf Gentile LLP

21          (8) .    Edward Wallace of The Wexler Firm LLP

22        c.    As Co-Chairs of the Executive Committee:

23          Michael Goldberg and Mark Tamblyn.

24      7.    Co-Lead Counsel.  Co-Lead Counsel shall have day-to-day responsibility for the

25    conduct of the consolidated litigation; shall determine how to prosecute the case and shall

26    initiate, coordinate and supervise the efforts of plaintiffs' counsel in the consolidated action in

27                        3

28    **PRETRIAL ORDER NO. 1**
          **Master File No.**  C-05-03774-RMW

the areas of discovery, briefing, trial and settlement.  Co-Lead Counsel shall also be deemed to be members of the Executive Committee.

8.     Co-Lead Counsel shall designate responsibilities for specific tasks to plaintiffs' counsel in the consolidated cases in a manner to assure that pretrial preparation is conducted effectively, efficiently and economically; shall assist the Executive Committee and its co-chairs in maintaining communication among counsel; and shall monitor the activities of plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and money are avoided.  Co-Lead Counsel shall maintain the official service list of all plaintiffs and plaintiffs' counsel in the Consolidated Actions, including their addresses.  Co-Lead Counsel shall perform whatever any additional functions that may be assigned to them by the Court.  Agreements reached between defendant and Co-Lead Counsel are binding on all plaintiffs and their counsel. No discovery shall be served, and no motion shall be filed, by any plaintiff's counsel without the consent of Co-Lead Counsel, unless leave of Court is obtained.

9.     <u>Executive Committee</u>.  To the extent delegated by Co-Lead Counsel, members of the Executive Committee and its Chair shall execute the orders of the Court concerning the conduct of the litigation; formulate and draft material for plaintiffs in the Consolidated Actions, including interrogatories, document requests, pleadings, briefs and motion papers; and perform such other tasks as are delegated by Co-Lead Counsel, including, for example, the taking of depositions upon oral examination.  Co-Lead Counsel and the Executive Committee members may organize whatever subordinate bodies or subcommittees they deem expedient, such as discovery committees and briefing committees.

10.     <u>Co-Chair of the Executive Committee</u>.  The Co-Chairs of the Executive Committee shall be responsible for overseeing the work of that Committee, and coordinating the assignments established by the Co-Leads.  At the Co-Leads invitation, the Co-Chairs may participate in the conferences and planning meetings conducted by Co-Leads.

11.     Service of all papers filed with the Court shall be accomplished by e-filing, and

4

**PRETRIAL ORDER NO. 1**
**Master File No.**  C-05-03774-RMW

1   no other type of service shall be required.  Service of all papers that are not filed with the Court

2   shall be accomplished by plaintiffs serving defendant's counsel, and by defendant serving Co-

3   Lead Counsel for plaintiffs, as applicable, by either:  (i) overnight mail service; (ii) telecopier or

4   (iii) hand delivery.  Whenever feasible, the serving party shall send courtesy copies

5   simultaneously via e-mail in PDF format, to defendant's counsel or to Co-Lead Counsel for

6   Plaintiffs, as applicable.

7   **III.**    **APPLICATION OF THIS ORDER TO SUBSEQUENT CASES**

8           12.    This Pretrial Order No. 1 shall apply to each related case subsequently added-on

9   or transferred to this consolidated proceeding.  When an action is added-on as part of these

10   proceedings, plaintiffs' Liaison Counsel shall serve a file-endorsed copy of this Pretrial Order

11   No. 1 to the attorneys for the plaintiff(s) in the add-on case, and direct that this Pretrial Order

12   No. 1 be served upon any new defendant(s) in the add-on case, or their counsel.  A new party

13   objecting to the application of any provision of this Order must file a request for relief from this

14   Order within ten (10) days of service of this Order upon that party.

15   **IV.**    **CONSOLIDATED AMENDED COMPLAINT**

16           13.    A Consolidated Amended Complaint shall be filed and served on or before

17   January 31, 2006.  The Consolidated Amended Complaint shall supersede each of the six listed

18   complaints, set forth in paragraph 1, above, and unless further amended, with leave of court,

19   shall be the operative complaint in this proceeding.  Defendant's responsive pleading shall be

20   electronically filed on or before 4:00 pm on March 2, 2006.  All prior dates, deadlines and

21   hearings shall be vacated upon entry of this Order.  If defendant decides to file anything other

22   than an answer to the Consolidated Amended Complaint, then defendant shall inform plaintiff at

23   least five Court days prior to filing such responsive pleading of the nature and basis of such

24   motion, and the parties will meet and confer, and consult the Court, on a briefing schedule and

25   hearing date thereon.

26   **V.**    **RULE 26 INITIAL DISCLOSURES**

27

28   **PRETRIAL ORDER NO. 1**
       **Master File No.**  C-05-03774-RMW

1    14.    The parties will meet and confer on or before February 16, 2006, per Federal Rule

2    of Civil Procedure, Rule 26(f).  The parties will exchange their Rule 26 Initial Disclosures

3    fourteen days after the Rule 26(f) conference, on March 2, 2006.  Discovery will commence in

4    accordance with the Federal Rules of Civil Procedure.

5    **VII.    CASE MANAGEMENT CONFERENCE**

6    15.    A Case Management Conference will be held on March 3, 2006 at 10:30 a.m.

7    **VIII.    MODIFICATION OF THIS ORDER**

8    16.    This order may be modified or supplemented by the Court or on motion by any

9    party for good cause shown.

10    I, Ira P. Rothken, hereby attest that I have on file all holograph signatures for any

11    signatures indicated by a "conformed" signature (/s/) within this e-filed document.

12

13    Dated: January 18, 2006                    IRA P. ROTHKEN
                                                  ROTHKEN LAW FIRM

14

15                                               By:   /s/ Ira P. Rothken
                                                       Ira P. Rothken
16                                                     Attorneys for Plaintiffs

17    Dated: January 18, 2006                    JONATHAN SHUB
                                                  SHELLER, LUDWIG & BADEY, P.C.
18

19

20                                               By:   /s/ Jonathan Shub
                                                       Jonathan Shub
21                                                     Attorneys for Plaintiffs

22    Dated: January 18, 2006                    RALPH STONE
                                                  SHALOV STONE & BONNER, LLP
23

24

25                                               By:   /s/ Ralph Stone
                                                       Ralph Stone
26                                                     Attorneys for Plaintiffs

27                                                             6

28    **PRETRIAL ORDER NO. 1**
      **Master File No.**  C-05-03774-RMW

1   Dated: January 18, 2006                STAN MALLISON
                                           THE LAW OFFICES OF MALLISON &
2                                          MARTINEZ

3

4                                          By:   /s/ Stan Mallison
                                                 Stan Mallison
5                                                Attorneys for Plaintiffs

6   Dated: January 18, 2006                MARK TAMBLYN
                                           KERSHAW CUTTER & RATINOFF LLP
7

8                                          By:   /s/ Mark Tamblyn
                                                 Mark Tamblyn
9                                                Attorneys for Plaintiffs

10  Dated: January 18, 2006                MICHAEL GOLDBERG
                                           MARC L. GODINO
11                                         GLANCY, BINKOW & GOLDBERG

12

13                                         By:   /s/ Marc L. Godino
                                                 Marc L. Godino
14                                               Attorneys for Plaintiffs

15  Dated: January 18, 2006                SETH LESSER
                                           THE LOCKS LAW FIRM
16

17

18                                         By:   /s/ Seth Lesser
                                                 Seth Lesser
19                                               Attorneys for Plaintiffs

20  Dated: January 18, 2006                PAUL WEISS
                                           FREED & WEISS LLP
21

22

23                                         By:   /s/ Paul Weiss
                                                 Paul Weiss
24                                               Attorneys for Plaintiffs

25

26

27                                         7

28  **PRETRIAL ORDER NO. 1**
    **Master File No.** C-05-03774-RMW

1

Dated: January 18, 2006              BRAD LAKIN
THE LAKIN LAW FIRM

2

3

By:   /s/ Brad Lakin               

4

Brad Lakin
Attorneys for Plaintiffs

5

Dated: January 18, 2006              ROBERT GREEN
GREEN WELLING LLP

6

7

8

By:   /s/ Robert Green              

Robert Green
Attorneys for Plaintiffs

9

10

Dated: January 18, 2006              RONEN SARRAF
SARRAF GENTILE LLP

11

12

By:   /s/ Ronen Sarraf              

13

Ronen Sarraf
Attorneys for Plaintiffs

14

Dated: January 18, 2006              PENELOPE A. PREOVOLOS
LORI A. SCHECHTER
ROGER E. COLLANTON
MORRISON & FOERSTER LLP

15

16

17

18

By:   /s/ Lori A. Schechter           

19

Lori A. Schechter
Attorneys for Defendant
PALM, INC.

20

21

22

23

**IT IS SO ORDERED.**

24

25

Dated: January _ 25 _, 2006              /S/ RONALD M. WHYTE       

The Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

26

27

8

28

**PRETRIAL ORDER NO. 1**
**Master File No.** _C-05-0_3774-RMW