STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA  94549
Telephone: (925) 283-3842
Facsimile:  (925) 283-3426

IRA P. ROTHKEN (SBN 160029)
THE ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA  94903
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905

RALPH M. STONE, (pro hac)
THOMAS G. CIARLONE (pro hac)
SHALOV STONE & BONNER LLP
485 Seventh Ave., Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

JONATHAN SHUB (SBN 237708)
SCOTT JOHNSON (SBN 191678)
SHELLER, LUDWIG & BADEY, P.C.
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Telephone: (215) 790-7300
Facsimile: (215) 542-9412

Co-Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

*INCORRECT ORDER POSTED ON 4/13/06 - REPOSTING OF CORRECT ORDER - 5/11/06*

| | |
|---|---|
| **In re: PALM TREO 600 and 650 LITIGATION**<br><br>**This Document Relates To All Actions** | **Master File No.: C-05-03774 RMW**<br><br>**Stipulation and Order Allowing Plaintiffs Additional Time to File A Motion to Strike Defendant's Answer**<br><br>**Complaint Filed: September 19, 2005**<br><br>**Trial Date: None Set** |

wc-117390

Whereas any Motion to Strike Defendant's Answer brought by Plaintiffs must be filed, pursuant to FRCP Rule 12(f), by March 27, 2006.

Whereas, Plaintiffs and Defendant have met and conferred over Plaintiffs' asserted issues with Defendant's Answer, and wish to pursue additional meet and confer sessions to determine whether they may be able to resolve the issues asserted by Plaintiffs, so as to avoid the filing of such a motion.

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' deadline for filing a Motion to Strike is extended for thirty (30) days, until April 26, 2006.

AGREED TO BY STIPULATION.

| Dated:   March 27, 2006 | STAN S. MALLISON<br>HECTOR R. MARTINEZ<br>LAW OFFICES OF MALLISON & MARTINEZ<br><br>By: _____/s/_____<br>Stan Mallison<br>Co-Lead Counsel for Plaintiffs |
|---|---|
| Dated:   March 27, 2006 | IRA P. ROTHKEN<br>ROTHKEN LAW FIRM<br><br>By: _____/s/_____<br>Ira P. Rothken<br>Co-Lead Counsel for Plaintiffs |

wc-117390

| | |
|---|---|
| Dated:   March 27, 2006 | RALPH M. STONE<br>THOMAS G. CIARLONE, JR<br>SHALOV STONE & BONNER LLP<br><br>By: _____/s/_____<br><br>Ralph M. Stone<br><br>Co-Lead Counsel for Plaintiffs |
| Dated:   March 27, 2006 | JONATHAN SHUB<br>SCOTT JOHNSON<br>SHELLER, LUDWIG & BADEY, P.C.<br><br>By: _____/s/_____<br><br>Jonathan Shub<br><br>Co-Lead Counsel for Plaintiffs |
| Dated:   March 27, 2006 | PENELOPE PREOVOLOS<br>LORI SCHECHTER<br>ROGER COLLANTON<br>MORRISON & FOERSTER LLP<br><br>By: _____<br><br>Lori A. Schechter<br>Attorneys for Defendant<br>PALM, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  __4/13/06_____

      /s/ Ronald M. Whyte_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

wc-117390