PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
LORI A. SCHECHTER (CA SBN 139728)
(LSchechter@mofo.com)
ROGER E. COLLANTON (CA SBN 178831)
(RCollanton@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
PALM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/17/06*

| | |
|---|---|
| **In re: PALM TREO 600 and 650 LITIGATION**<br><br>**This Document Relates To All Actions** | Master File No.: C-05-03774 RMW<br><br>**STIPULATION AND ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: September 19, 2005<br><br>Trial Date: None Set |

Whereas, at the March 3, 2006 Case Management Conference, the Court ordered that the parties are to mediate this case within six months (i.e., by September 3, 2006);

Whereas, the Court set a further Case Management Conference to occur after the scheduled mediation, for September 8, 2006, at 10:30 a.m.;

Whereas, the parties, in an effort to comply with the Court's April 3, 2006 Order, have agreed upon a mediator, have been diligently working on providing pre-mediation discovery, and scheduled an August 2, 2006 mediation with Judge Daniel Weinstein of JAMS;

Stipulation and [] Order to Continue Mediation Deadline and and Case Management Conference
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW
sf-2177214

1

1   Whereas, the parties recently learned that Judge Weinstein's schedule can no longer
2   accommodate an August 2, 2006 mediation, and the next date on which Judge Weinstein and all
3   parties are available is October 16, 2006;
4   Whereas, the parties desire that the deadline for mediation be extended to allow for a
5   sufficient opportunity to mediate this case, and that the Case Management Conference be
6   continued until after the mediation;
7   IT IS HEREBY STIPULATED AND AGREED that the September 3, 2006 deadline for
8   mediating this case shall be extended to October 31, 2006, and that the Case Management
9   Conference, currently scheduled for September 8, 2006, shall be continued until November 17,    (jg)
10  2006, or as soon thereafter as the Court's schedule permits.
11  **AGREED TO BY STIPULATION.**

12
13  Dated: August 2, 2006             IRA P. ROTHKEN
                                      ROTHKEN LAW FIRM
14
15                                    By: _____/s/_____
16                                          Ira P. Rothken
                                            Co-Lead Counsel for Plaintiffs
17
18  Dated: August 11, 2006            STAN S. MALLISON
                                      HECTOR R. MARTINEZ
19                                    LAW OFFICES OF MALLISON & MARTINEZ

20                                    By: _____/s/_____
21                                          Stan Mallison
                                            Co-Lead Counsel for Plaintiffs
22
23  Dated: August 4, 2006             RALPH M. STONE
                                      THOMAS G. CIARLONE, JR
24                                    SHALOV STONE & BONNER LLP
25
26                                    By: _____/s/_____
27                                          Ralph M. Stone
                                            Co-Lead Counsel for Plaintiffs
28

Stipulation and [Proposed] Order to Continue Mediation Deadline and Case Management Conference
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW                              2
sf-2177214

Dated: August 8, 2006

JONATHAN SHUB
SCOTT JOHNSON
SHELLER, LUDWIG & BADEY, P.C.

By: _____/s/_____

Jonathan Shub
Co-Lead Counsel for Plaintiffs

Dated: August 11, 2006

PENELOPE A. PREOVOLOS
LORI A. SCHECHTER
ROGER E. COLLANTON
MORRISON & FOERSTER LLP

By: _____/s/_____

Roger E. Collanton
Counsel for Defendant
PALM, INC.

I, Roger E. Collanton, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: _____/s/_____

Roger E. Collanton
Attorneys for Defendant
PALM, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/17/06__

/s/ Ronald M. Whyte
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Mediation Deadline and Case Management Conference
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW
sf-2177214

3