**E-FILED on** 9/27/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re PALM TREO 600 and 650 LITIGATION | **Master File No. C-05-03774 RMW** |
|---|---|
| This Document Relates To:<br>WILLIAMS, C-06-00907 | ORDER SANCTIONING REGINALD VON TERRELL, THE TERRELL LAW GROUP, DONALD CHIDI AMAMGBO, AND AMAMGBO & ASSOCIATES<br><br>**[Re Docket No. 14]** |

In connection with defendant Palm, Inc's motion to dismiss, the court issued an order to show cause to Reginald Von Terrell, the Terrell Law Group, Donald Chidi Amamgbo, and Amamgbo & Associates, ordering them to show cause why they should not be sanctioned 28 U.S.C. § 1927 for "unreasonably and vexatiously" multiplying proceedings before this court.  Any response from Terrell, Amamgbo, or their law firms was due September 22, 2006.  No response was filed.  The court therefore finds that by filing a complaint substantially copied from another complaint in a class action where several individual actions had already been consolidated and class counsel selected, failing to effect timely service upon the sole defendant, and then not responding in any way to Palm's motion to dismiss for failure to effect service, Reginald Von Terrell, the Terrell Law Group, Donald Chidi Amamgbo, and Amamgbo & Associates "unreasonably and vexatiously" multiplied proceedings in violation of 28 U.S.C. § 1927.  The court will therefore require Terrell, Amamgbo, and their law firms to "satisfy personally the

excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct" if defendant Palm submits to the court by October 27, 2006 detailed billing records showing the amount it spent responding to the complaint in this action.

DATED:   9/26/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

ORDER SANCTIONING REGINALD VON TERRELL, THE TERRELL LAW GROUP, DONALD CHIDI AMAMGBO, AND AMAMGBO & ASSOCIATES—Master File No. C-05-03774 RMW
JAH                                                                2

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  Reginald Von Terrell    REGGIET2@AOL.COM
Donald Chidi Amamgbo    DonaldAmamgbo@Citycom.com
4  Ira P. Rothken    ndca@techfirm.com

5  **Counsel for Defendant:**

6  Roger E. Collanton    rcollanton@mofo.com

7
8  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10  **Dated:**   9/27/06            SPT
       **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER SANCTIONING REGINALD VON TERRELL, THE TERRELL LAW GROUP, DONALD CHIDI AMAMGBO, AND AMAMGBO & ASSOCIATES—Master File No. C-05-03774 RMW
JAH    3