**E-FILED on** 12/14/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re PALM TREO 600 and 650 LITIGATION | **Master File No. C-05-03774 RMW** |
|---|---|
| This Document Relates To:<br><br>GANS, C-05-03776 | ORDER REQUESTING COMMENT ON OBJECTION BY RICHARD GANS<br><br>**[Re Docket No. 50]** |

On December 14, 2007, the court held a hearing on the parties' "Unopposed Motion for Preliminary Approval of Class Settlement, Certificate of the Settlement Class, Appointing Settlement Class Counsel, Setting a Hearing on Final Approval of the Settlement, and Directing Notice to the Class." The court expressed several concerns with the papers submitted but tentatively approved the settlement as fair, adequate and reasonable, subject to the parties addressing its concerns.

Hours after the hearing, the court received a notice from the named plaintiff in the lead case in this consolidated action, Richard Gans. Mr. Gans, apparently filing *pro se*, stated that he has not approved the proposed class settlement and does not believe the settlement is fair, reasonable, or adequate. The court observes that although counsel that filed *Gans v. PALMONE*, Civil Action No. 05-cv-03774-RMW, Jonathan Shub of Sheller, Ludwig & Badey, P.C., is a signatory to the Settlement Agreement and Release between plaintiffs and Palm, Inc., Mr. Gans is not.

ORDER REQUESTING COMMENT ON OBJECTION BY RICHARD GANS—Master File No. C-05-03774 RMW
MAG

1  The court would like the parties to explain to the court why Mr. Gans is not a signatory to the
2  Settlement Agreement, why he is not one of the seven lead plaintiffs for the proposed class, and
3  what impact his objection has on the preliminary approval of the settlement and conditional
4  certification of the class.  Counsel should submit comment by Friday, December 21, 2007.  Because
5  the court does not have contact information for Mr. Gans, this notice should be provided to him by
6  Mr. Shub by Tuesday, December 18, 2007.

9  DATED:      12/14/07                          /s/ Ronald M. Whyte
                                                 RONALD M. WHYTE
10                                               United States District Judge

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

Roger E. Collanton
rcollanton@mofo.com,jhaskins@mofo.com,ahellums@mofo.com,cvetesi@mofo.com

Michael M. Goldberg
info@glancylaw.com

Robert S. Green
CAND.USCOURTS@CLASSCOUNSEL.COM

Scott K. Johnson
skjohnson@sheller.com,sjohnson@scottjohnsonlaw.com

Seth R. Lesser
slesser@lockslawny.com

Stanley Scott Mallison
stanm@mallisonlaw.com,jans@mallisonlaw.com,MPalau@mallisonlaw.com

Hector R. Martinez
hectorm@mallisonlaw.com

Penelope Athene Preovolos
ppreovolos@mofo.com,kfranklin@mofo.com

Ira P. Rothken
ndca@techfirm.com

Lori A. Schechter
lschechter@mofo.com,kfranklin@mofo.com

Jonathan Shub
jshub@seegerweiss.com

Mark John Tamblyn
mjt@wtwlaw.us,eaw@wtwlaw.us

Edward A. Wallace
eaw@wtwlaw.us,ecf@wtwlaw.us,mrm@wtwlaw.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      12/14/07                                     /s/ MAG
                                                  **Chambers of Judge Whyte**

ORDER REQUESTING COMMENT ON OBJECTION BY RICHARD GANS—Master File No. C-05-03774 RMW
MAG                                                          3