**E-FILED on**   1/30/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PALM TREO 600 and 650 LITIGATION | **Master File No. C-05-03774 RMW** |
| This Document Relates To:<br><br>GANS, C-05-03776 | ORDER RE: JONATHAN SHUB'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RICHARD GANS<br><br>**[Re Docket Nos. 54]** |

On December 19, 2007 Jonathan Shub filed a motion to withdraw as counsel for plaintiff Richard Gans. On January 25, 2008, the court held a hearing on the motion to withdraw. Gans did not appear at the hearing or otherwise oppose the motion.

At the hearing, the court indicated that it would grant Shub's motion to withdraw. Its tentative ruling was based in part on Shub's representations (1) that he could provide proof that Gans had been served with the motion to withdraw and (2) that Gans was represented by other counsel, namely the Lakin Law Firm and the law firm of Freed, Weiss & Flaum. Reviewing the docket after the hearing, the court notes that both firms have made an appearance in this case, however, it finds curious that fact that neither appeared on Gans' behalf at the motion to withdraw as counsel.

Accordingly, the court will defer its decision on Shub's motion to withdraw as counsel pending receipt of two items: (1) proof of timely service on Gans (and his counsel) of Shub's motion

to withdraw as counsel for Gans and (2) proof that Gans is represented by counsel, preferably in the form of a declaration by Gans' present counsel. Optimally, since Gans' purported present counsel has made an appearance in this matter, Shub should obtain a stipulation from Gans to substitute counsel.

DATED: 1/29/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

Roger E. Collanton
rcollanton@mofo.com,jhaskins@mofo.com,ahellums@mofo.com,cvetesi@mofo.com

Michael M. Goldberg
info@glancylaw.com

Robert S. Green
CAND.USCOURTS@CLASSCOUNSEL.COM

Scott K. Johnson
skjohnson@sheller.com,sjohnson@scottjohnsonlaw.com

Seth R. Lesser
slesser@lockslawny.com

Stanley Scott Mallison
stanm@mallisonlaw.com,jans@mallisonlaw.com,MPalau@mallisonlaw.com

Hector R. Martinez
hectorm@mallisonlaw.com

Penelope Athene Preovolos
ppreovolos@mofo.com,kfranklin@mofo.com

Ira P. Rothken
ndca@techfirm.com

Lori A. Schechter
lschechter@mofo.com,kfranklin@mofo.com

Jonathan Shub
jshub@seegerweiss.com

Mark John Tamblyn
mjt@wtwlaw.us,eaw@wtwlaw.us

Edward A. Wallace
eaw@wtwlaw.us,ecf@wtwlaw.us,mrm@wtwlaw.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/30/08      /s/ MAG
**Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California