PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
LORI A. SCHECHTER (CA SBN 139728)
(LSchechter@mofo.com)
ROGER E. COLLANTON (CA SBN 178831)
(RCollanton@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
PALM, INC.

*E-FILED - 2/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **In re: PALM TREO 600 and 650 LITIGATION** | **Master File No.: C-05-03774 RMW** |
| **This Document Relates To All Actions** | **STIPULATION AND [] ORDER CONTINUING HEARING FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Whereas, the Court issued its order, filed January 10, 2008, granting Conditional Certification of Settlement Class, Approval of Forms and Methods of Notice, and Preliminary Approval of Settlement Agreement and Release ("Preliminary Approval Order");

Whereas, the Court, in its Preliminary Approval Order, set a hearing for Friday, May 2, 2008 at 9:00 a.m., to consider and determine whether the requirements for certification of the Settlement Class have been met and whether the proposed settlement of the Action on the terms set forth in the Agreement should be approved as fair, reasonable, adequate, and in the best interests of the Settlement Class Members; whether Class Counsel's fee and expense application, included as part of the settlement, should be approved; and whether the Final Judgment approving the settlement and dismissing the Action on the merits and with prejudice against the Class \

Stipulation and [] Order to Continue Final Approval Hearing
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW
sf-2467452

1

1  Representatives and all Settlement Class Members should be entered (the "Final Approval

2  Hearing");

3      Whereas, the Parties desire to continue the Final Approval Hearing date, to accommodate

4  scheduling, until May 23, 2008 at 9:00 a.m.

5      IT IS HEREBY STIPULATED AND AGREED that the Final Approval Hearing currently

6  set for May 2, 2008 at 9:00 a.m. shall be continued until May 23, 2008 at 9:00 a.m.  Defendant

7  shall provide notice of the continued hearing date to any Settlement Class Members who have

8  filed objections, as set forth in paragraph 14 of the Preliminary Approval Order.

9  **AGREED TO BY STIPULATION.**

| Dated: February 13, 2008 | IRA P. ROTHKEN<br>ROTHKEN LAW FIRM<br><br>By: :  /s/  <br>Ira P. Rothken<br>Co-Lead Counsel for Plaintiffs |
|---|---|
| Dated: February 13, 2008 | PENELOPE A. PREOVOLOS<br>LORI A. SCHECHTER<br>ROGER E. COLLANTON<br>MORRISON & FOERSTER LLP<br><br>By:  /s/  <br>Roger E. Collanton<br>Counsel for Defendant<br>PALM, INC. |

22      I, Ira P. Rothken, am the ECF User whose ID and password are being used to file this

23  Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file

24  the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled

25  document.

                              By:  /s/  
                                   Ira P. Rothken

Stipulation and [] Order to Continue Final Approval Hearing
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW
sf-2467452

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 21, 2008

*Ronald M. Whyte*
———————————————————
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Stipulation and [] Order to Continue Final Approval Hearing
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW
sf-2467452

3