1  IRA P. Rothken (CA SBN 160029)
   ROTHKEN LAW FIRM
2  3 Hamilton Landing, Suite 280
   Novato, CA 94949
3  Telephone: (415) 924-4250
   Facsimile: (415) 924-2905
4
5  Co-Lead Counsel For Plaintiffs          *E-FILED - 4/10/08*
   [All Co-Lead Counsel Listed on Page 2]

6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10 In re: PALM TREO 600 AND 650
11 LITIGATION                              Master File No.: C-05-03774 RMW

12                                         STIPULATION AND ORDER FOR
13 This Document Relates to All Actions    DISMISSAL WITHOUT PREJUDICE

14
15
16
                                           The Honorable Ronald M. Whyte
17
18
19
20
21
22
23
24
25
26
27
28

**CO-LEAD COUNSEL**

IRA P. ROTHKEN (CA SBN 160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

JONATHAN SHUB (CA SBN 237708)
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 553-7980
Facsimile: (215) 851-8029

RALPH M. STONE (pro hac vice)
THOMAS G. CIARLONE, JR. (pro hac vice)
SHALOV STONE BONNER and ROCCO
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

STAN S. MALLISON (CA SBN 184191)
HECTOR R. MARTINEZ (CA SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

WHEREAS, Richard Gans initially filed a claim with the United States District Court Northern District of California on or about September 19, 2005, bearing the case number C-05-03774 wherein PalmOne Inc. and Does 1 through 100 inclusive were named Defendants; and,

WHEREAS, on or about January 31, 2006, the aforementioned complaint filed by Richard Gans was consolidated with numerous other complaints into a First Amended Consolidated Class Action in this Court bearing the number C-05-03774-RMW, and,

WHEREAS, Richard Gans desires to withdraw and dismiss his individual Complaint, claim, and cause of action from the present litigation; and,

WHEREAS, all the other named Plaintiffs and the Defendant consent to the withdrawal by Richard Gans of his claims, cause of action, and Complaint;

IT IS HEREBY STIPULATED that the individual claims, causes of action, and Complaint of Richard Gans, and only those claims, causes of actions and Complaints in the name of Richard Gans are hereby dismissed, without prejudice pursuant to the agreement of the parties and pursuant to Rule 41 of the Federal Rules of Civil Procedures. It is expressly stipulated by all the parties hereto that the previous aforementioned consolidation of Richard Gans initial complaint into the consolidated complaint herein shall not be construed as any form of a prior dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedures and that the dismissal and this stipulation expressly do not preclude Richard Gans from re-filing his claim on an individual basis. It is further expressly stipulated and agreed by all parties hereto that the dismissal of the individual claim of Richard Gans shall have no effect upon the remaining claims, or cause of actions of the other named Plaintiffs or class members in this case.

| | |
|---|---|
| *[signature]* | *[signature]* |
| PENELOPE A. PREOVOLOS | THE LAKIN LAW FIRM, P.C. |
| LORI A. SCHECHTER | GERALD R. WALTERS |
| ROGER E. COLLANTON | 300 Evans Avenue |
| MORRISON & FOERSTER LLP | P.O. Box 229 |
| 425 Market Street | Wood River, IL 62095 |
| San Francisco, California 94105-2482 | Telephone: (618) 254-1127 |
| Telephone: 415-268-7000 | Facsimile: (618) 254-0193 |
| Facsimile: 415-268-7522 | |

*[signature]*

IRA P. Rothken (CA SBN 160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

So Ordered: 4/10, 2008

*Ronald M. Whyte*
Judge