| | |
|---|---|
| IRA P. Rothken (CA SBN 160029)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br>Telephone: (415) 924-4250<br>Facsimile: (415) 924-2905<br><br>*Co-Lead Counsel For Plaintiffs*<br>*[All Co-Lead Counsel Listed on Page 2]* | **E-FILED - 4/10/08** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: PALM TREO 600 AND 650 LITIGATION<br><br>This Document Relates to All Actions | Master File No.: C-05-03774 RMW<br><br>**STIPULATION AND ORDER TO WITHDRAW THE LAKIN LAW FIRM FROM THE EXECUTIVE COMMITTEE** |

## CO-LEAD COUNSEL

IRA P. ROTHKEN (CA SBN 160029)
ROTHKEN LAW FIRM
Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

JONATHAN SHUB (CA SBN 237708)
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 553-7980
Facsimile: (215) 851-8029

RALPH M. STONE (pro hac vice)
THOMAS G. CIARLONE, JR. (pro hac vice)
SHALOV STONE BONNER and ROCCO
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

STAN S. MALLISON (CA SBN 184191)
HECTOR R. MARTINEZ (CA SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

NOW COMES the Executive Committee by and through lead counsel and THE LAKIN LAW FIRM, and they do hereby stipulate and move this Honorable Court to enter an Order allowing of BRAD LAKIN AND THE LAKIN LAW FIRM P.C. to withdraw from the Executive Committee herein.

*[signature]*

THE LAKIN LAW FIRM, P.C.
GERALD R. WALTERS
300 Evans Avenue
P.O. Box 229
Wood River, IL 62095
Telephone: (618) 254-1127
Facsimile: (618) 254-0193

*[signature]*

IRA P. ROTHKEN (CA SBN 160029)
ROTHKEN LAW FIRM
Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

So Ordered: 4/10, 2008          *Ronald M. Whyte*
                                          Judge