PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
LORI A. SCHECHTER (CA SBN 139728)
(LSchechter@mofo.com)
ROGER E. COLLANTON (CA SBN 178831)
(RCollanton@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
PALM, INC.

*E-FILED - 4/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **In re: PALM TREO 600 and 650 LITIGATION**<br><br>**This Document Relates To All Actions** | **Master File No.: C-05-03774 RMW**<br><br>**STIPULATION AND [] ORDER CONTINUING DATE FOR FILING FINAL APPROVAL PAPERS** |

Whereas, the Court issued its order, filed January 10, 2008, granting Conditional Certification of Settlement Class, Approval of Forms and Methods of Notice, and Preliminary Approval of Settlement Agreement and Release ("Preliminary Approval Order");

Whereas, the Court, in its Preliminary Approval Order, set a hearing for Friday, May 2, 2008 at 9:00 a.m., to consider and determine whether the requirements for certification of the Settlement Class have been met and whether the proposed settlement of the Action on the terms set forth in the Agreement should be approved as fair, reasonable, adequate, and in the best interests of the Settlement Class Members; whether Class Counsel's fee and expense application, included as part of the settlement, should be approved; and whether the Final Judgment approving the settlement and dismissing the Action on the merits and with prejudice against the Class

Stipulation and [] Order to Continue Date to File Final Approval Papers
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW
sf-2495040

1

1 Representatives and all Settlement Class Members should be entered (the "Final Approval
2 Hearing");

3     Whereas, the Court set a date ten days prior to the Final Approval Hearing, of April 22,
4 2008, for the parties to file papers in support of the application for final approval of the
5 settlement, the application for payment of attorneys' fees and expenses, and/or any papers in
6 response to any valid and timely objections with the Court, and shall serve copies of such papers
7 upon each other and upon any objectors who have complied with the provisions of paragraph 16
8 of the Preliminary Approval Order ("Final Approval Papers");

9     Whereas, the parties stipulated, and on February 21, 2008, the Court ordered, that the
10 Final Approval Hearing be continued until May 23, 2008 at 9:00 a.m.;

11     Whereas, the parties desire to continue the date for filing the Final Approval Papers until
12 May 13, 2008, i.e. ten days before the May 23, 2008 Final Approval Hearing.

13     IT IS HEREBY STIPULATED AND AGREED that no later than Tuesday, May 13,
14 2008, the Parties shall file all papers in support of the application for final approval of the
15 settlement, the application for payment of attorneys' fees and expenses, and/or any papers in
16 response to any valid and timely objections with the Court, and shall serve copies of such papers
17 upon each other and upon any objectors who have complied with the provisions of paragraph 16
18 of the Preliminary Approval Order.

19 **AGREED TO BY STIPULATION.**

| Dated: April 7, 2008 | IRA P. ROTHKEN<br>ROTHKEN LAW FIRM<br><br>By: :_____/s/_____<br>Ira P. Rothken<br>Co-Lead Counsel for Plaintiffs |
|---|---|
| Dated: April 7, 2008 | PENELOPE A. PREOVOLOS<br>LORI A. SCHECHTER<br>ROGER E. COLLANTON<br>MORRISON & FOERSTER LLP<br><br>By:_____/s/_____<br>Roger E. Collanton<br>Counsel for Defendant<br>PALM, INC. |

Stipulation and [] Order to Continue Date to File Final Approval Papers
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW
sf-2495040

2

I, Ira P. Rothken, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: _____/s/_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April  17 , 2008

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Stipulation and [] Order to Continue Date to File Final Approval Papers
Re: Palm Treo 600 and 650 Litigation Master File No. C-05-03774 RMW
sf-2495040