E-FILED on     5/19/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re PALM TREO 600 and 650 LITIGATION | **Master File No. C-05-03774 RMW** |
|---|---|
| This Document Relates To:<br><br>GANS, C-05-03776 | ORDER RE: JONATHAN SHUB'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RICHARD GANS<br><br>**[Re Docket Nos. 54]** |

On December 19, 2007 Jonathan Shub filed a motion to withdraw as counsel for plaintiff Richard Gans. On January 25, 2008, the court held a hearing on the motion to withdraw. Gans did not appear at the hearing or otherwise oppose the motion.

At the hearing, the court indicated that it would grant Shub's motion to withdraw contingent upon its receipt of two items: (1) proof of timely service on Gans (and his counsel) of Shub's motion to withdraw as counsel and (2) proof that Gans is represented by counsel, preferably in the form of a declaration by Gans' present counsel.

The court has received the items requested. *See* Supplemental Decl. of Jonathan Shub, Docket No. 72. Further, Gans has withdrawn from the action and dismissed his individual complaint by stipulation of the parties. *See* Stipulation and Order for Dismissal without Prejudice, Docket No.

1  82.  Accordingly, the court grants the motion for Jonathan Shub to withdraw as attorney for Richard
2  Gans.

5  DATED:       5/13/08

      RONALD M. WHYTE
6        United States District Judge

**Notice of this document has been electronically sent to:**

Roger E. Collanton
rcollanton@mofo.com,jhaskins@mofo.com,ahellums@mofo.com,cvetesi@mofo.com

Michael M. Goldberg
info@glancylaw.com

Robert S. Green
CAND.USCOURTS@CLASSCOUNSEL.COM

Scott K. Johnson
skjohnson@sheller.com,sjohnson@scottjohnsonlaw.com

Seth R. Lesser
slesser@lockslawny.com

Stanley Scott Mallison
stanm@mallisonlaw.com,jans@mallisonlaw.com,MPalau@mallisonlaw.com

Hector R. Martinez
hectorm@mallisonlaw.com

Penelope Athene Preovolos
ppreovolos@mofo.com,kfranklin@mofo.com

Ira P. Rothken
ndca@techfirm.com

Lori A. Schechter
lschechter@mofo.com,kfranklin@mofo.com

Jonathan Shub
jshub@seegerweiss.com

Mark John Tamblyn
mjt@wtwlaw.us,eaw@wtwlaw.us

Edward A. Wallace
eaw@wtwlaw.us,ecf@wtwlaw.us,mrm@wtwlaw.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  5/19/08                                   /s/ MAG
                                                     **Chambers of Judge Whyte**

ORDER RE: JONATHAN SHUB'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RICHARD GANS—Master File
No. C-05-03774 RMW
MAG                                                3