**E-FILED on**   7/28/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PALM TREO 600 and 650 LITIGATION | **Master File No. C-05-03774 RMW** |
| This Document Relates To:<br>ALL ACTIONS | ORDER DENYING OBJECTORS' MOTION FOR ATTORNEY'S FEES<br><br>**[Re Docket No. 120]** |

    On July 23, 2008, class members Kenneth E. Nelson and Jeffrey Young, objectors to the settlement in the above-captioned action, filed a motion requesting $14,662.50 for attorney's fees. Docket No. 120. The court denies the motion.

DATED:     7/25/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING OBJECTORS' MOTION FOR ATTORNEY'S FEES—Master File No. C-05-03774 RMW
MAG

**Notice of this document has been electronically sent to:**

Roger E. Collanton
rcollanton@mofo.com,ahellums@mofo.com,ggerrish@mofo.com,cvetesi@mofo.com

Michael M. Goldberg
info@glancylaw.com

Robert S. Green
CAND.USCOURTS@CLASSCOUNSEL.COM

Scott K. Johnson
skjohnson@sheller.com,sjohnson@scottjohnsonlaw.com

Seth R. Lesser
slesser@lockslawny.com

Stanley Scott Mallison
stanm@mallisonlaw.com,jans@mallisonlaw.com,MPalau@mallisonlaw.com

Hector R. Martinez
hectorm@mallisonlaw.com

Penelope Athene Preovolos
ppreovolos@mofo.com,kfranklin@mofo.com

Ira P. Rothken
ndca@techfirm.com

Lori A. Schechter
lschechter@mofo.com,kfranklin@mofo.com

Lawrence William Schonbrun
lschon@inreach.com

Jonathan Shub
jshub@seegerweiss.com,atorres@seegerweiss.com

Mark John Tamblyn
mjt@wtwlaw.com,ecf@wtwlaw.com

Edward A. Wallace
eaw@wtwlaw.us,ecf@wtwlaw.us,mrm@wtwlaw.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   7/28/08                              /s/ MAG
                                                                  **Chambers of Judge Whyte**