Lawrence W. Schonbrun, Esq. (CSB No. 054519)
Law Offices of Lawrence W. Schonbrun
86 Eucalyptus Road
Berkeley, CA 94705
(510) 547-8070

Attorney for Plaintiff Class
Member/Objector David Brennan

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:                          ) <u>Class Action</u>
                                )
PALM TREO 600 and 650           ) No. 05-03774 RMW
LITIGATION                      )
                                ) <u>CERTIFICATE OF SERVICE BY MAIL OF</u>
                                ) <u>ADDITIONAL PARTIES</u>
                                )
                                )
_____)

I declare that:

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action; my business address is 86 Eucalyptus Road, Berkeley, CA 94705.

On September 3, 2009, I served a copy of:

RESPONSE TO CLASS COUNSEL'S STATUS REPORT (Dkt. 130) AND OBJECTION TO CLASS COUNSEL'S PENDING REQUEST FOR ATTORNEYS' FEES (Dkts. 101, 103, 109)

__X__       by mail on the below-named parties in said action by placing a true and accurate copy thereof in a sealed envelope, with postage thereon fully prepaid, and depositing the same in the United States Mail in Alameda County, California, to the addresses set forth below:

Edward F. Siegel
27600 Chagrin Blvd., #340
Cleveland, OH 44122

Paul M. Weiss, Esq.
Freed Weiss & Flaum
111 W. Washington Street, Ste. 1331
Chicago, IL 60602

Ronen Sarraf
Sarraf Gentile LLP
485 Seventh Ave., Ste. 1005
New York, NY 10018

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 3, 2009, at Berkeley, California.

                            /s/Sandra Norris
                            Sandra Norris