Lawrence W. Schonbrun (CSB No. 054519)
Law Offices of Lawrence W. Schonbrun
86 Eucalyptus Road
Berkeley, CA 94705
(510) 547-8070

Attorney for Plaintiff Class
Member/Objector David Brennan

FILED

2010 JAN -7 A 11: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re                                      ) Class Action
                                           )
PALM TREO 600 and 650                      ) No. C-05-03774-RMW
LITIGATION                                 )
                                           )
                                           ) NOTICE OF APPEAL
                                           )

   NOTICE IS HEREBY GIVEN that Plaintiff Class Member/ Objector David Brennan hereby appeals to the United States Court of Appeals for the Ninth Circuit from a final "Order Awarding Attorneys' Fees and Costs," entered December 9, 2009 (Dkt. 133).

   Dated: January 6, 2010.

*Lawrence W. Schonbrun*
Lawrence W. Schonbrun
Attorney for Plaintiff Class
Member/Objector David Brennan

---

Notice of Appeal - No. C-05-03774-RMW                                        1

## REPRESENTATION STATEMENT

The following are the parties to this action and their counsel:

1. **Plaintiff Class Member/Objector David Brennan**

    Counsel:
    Lawrence W. Schonbrun (CSB #054519)
    Law Offices of Lawrence W. Schonbrun
    86 Eucalyptus Road
    Berkeley, CA 94705
    Tel: (510) 547-8070
    Fax: (510) 923-0627
    E-mail:  Lschon@inreach.com

2. **Plaintiff Class:**

    Counsel:
    Sidney K. Kanazawa (CSB #84608)
    McGuireWoods LLP
    1800 Century Park East, 8th Fl.
    Los Angeles, CA 90067
    Tel: (310) 315-8200
    Fax: (310) 315-8210
    E-mail:  skanazawa@mcguirewoods.com

    Jonathan Shub (CSB # 237708)
    Seeger Weiss LLP
    1515 Market Street, Ste. 1380
    Philadelphia, PA 19012
    Tel:  (215) 564-2300
    Fax:  (215) 851-8129
    E-mail:  jshub@seegerweiss.com

    Ira P. Rothken (CSB #160029)
    Rothken Law Firm
    3 Hamilton Landing, Ste. 280
    Novato, CA 94949
    Tel:  (415) 924-4250
    Fax:  (415) 924-2905

    Stan S. Mallison (CSB #184191)
    Law Offices of Mallison & Martinez
    1042 Brown Avenue, Ste. A
    Lafayette, CA 94549
    Tel:  (925) 283-3842
    Fax:  (925) 283-3426

    Ralph M. Stone (pro hac vice)
    Shalov Stone Bonner and Rocco
    485 Seventh Avenue, Ste. 1000
    New York, NY 10018
    Tel:  (212) 239-4340
    Fax:  (212) 239-4310

3.   **Defendant Palm, Inc.:**

<u>Counsel</u>:
Penelope A. Preovolos (CSB #87607)
Lori A. Schechter (CSB #139728)
Roger E. Collanton (CSB #178831)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
E-mail:   PPreovolos@mofo.com
E-mail:   LSchechter@mofo.com
E-mail:   RCollanton@mofo.com


Dated:   January 6, 2010

*[signature: Lawrence W. Schonbrun]*

Lawrence W. Schonbrun
Attorney for Plaintiff Class Member/
Objector David Brennan

<u>CERTIFICATE OF SERVICE</u>

I declare that:

I am over the age of 18 years and not party to the within action. I am employed in the law firm of Lawrence W. Schonbrun, whose business address is 86 Eucalyptus Road, Berkeley, California 94705, County of Alameda.

On January 6, 2010, I served the attached:

NOTICE OF APPEAL and REPRESENTATION STATEMENT

__X__    By mail on the below-named parties in said action by placing a true and accurate copy thereof in a sealed envelope, with postage thereon fully prepaid, and depositing the same in the United States Mail in Alameda County, California, to the addresses set forth below:

Sidney K. Kanazawa, Esq.
McGuireWoods LLP
1800 Century Park East, 8th Fl.
Los Angeles, CA 90067

Jonathan Shub, Esq.
Seeger Weiss LLP
1515 Market Street, Ste. 1380
Philadelphia, PA 19012

Ira P. Rothken, Esq.
Rothken Law Firm
3 Hamilton Landing, Ste. 280
Novato, CA 94949

Stan S. Mallison, Esq.
Law Offices of Mallison & Martinez
1042 Brown Avenue, Ste. A
Lafayette, CA 94549

Ralph M. Stone, Esq.
Shalov Stone Bonner and Rocco
485 Seventh Avenue, Ste. 1000
New York, NY 10018

Penelope A. Preovolos, Esq.
Lori A. Schechter, Esq.
Roger E. Collanton, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Berkeley, California, on January 6, 2010.

*Sandra Norris* (signature)
Sandra Norris

3